UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 09 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BARRY BAUER; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of the State of California; et al., <br><br> Defendants - Appellees. | No. 15-15428 <br><br> D.C. No. 1:11-cv-01440-LJO-MJS <br> U.S. District Court for Eastern California, Fresno <br><br> **ORDER** |

Appellees' motion for an extension of time to file the answering brief is granted. The appellees' answering brief is due October 15, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Linda K. King
Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10